JOHN R. KROGER
Attorney General
KRISTEN E. BOYD #002102
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: kristen.e.boyd@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| MATTHEW DUSKIN,<br><br>    Petitioner,<br><br>    v.<br><br>JEFF PREMO,<br><br>    Respondent. | Case No. 2:11-cv-105-SU<br><br>ANSWER |

Respondent answers the Petition for Writ of Habeas Corpus and responds to this court's Order, dated February 15, 2011, to show cause why the relief prayed for should not be granted and to state the true cause of petitioner's detention and whether remedies available to petitioner in the courts of the State of Oregon have been exhausted, as follows:

**I.**

Petitioner is in the custody of the Oregon Department of Corrections (ODOC) pursuant to the Judgment of Conviction and Sentence, dated August 4, 2005, from Washington County Circuit Court Case No. C050317CR, after a conviction for Sexual Abuse in the First Degree

Page 1 -   ANSWER
        KEB/gcz/2605026-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

(Exhibit 101). Following a jury trial, petitioner was sentenced to 75 months of imprisonment (*id.*).

## II.

1. Petitioner directly appealed his conviction, but subsequently moved to dismiss the appeal, which the Oregon Court of Appeals granted (Exhibit 105).

2. Petitioner filed a petition for post-conviction relief in *Duskin v. Belleque*, Marion County Circuit Court Case No. 06C16606, but the court denied relief (Exhibits 139-142). The Oregon Court of Appeals affirmed without opinion, *Duskin v. Belleque*, 236 Or. App. 665, 237 P.3d 898 (2010), and the Oregon Supreme Court denied review. 349 Or. 479, 246 P.3d 744 (2010). (The record from the post-conviction appeal is attached as Exhibits 144-154.).

## III.

Petitioner has no remaining state remedies on the issues he raises in this habeas corpus proceeding. He has, however, procedurally defaulted on certain issues by his failure to timely pursue to completion all his available remedies, and habeas review of those issues should be denied.

## IV.

Relief should be denied on all the claims in the habeas corpus petition.

DATED this 23 day of September, 2011.

Respectfully submitted,

JOHN R. KROGER
Attorney General

KRISTEN E. BOYD #002102
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
kristen.e.boyd@doj.state.or.us
Of Attorneys for Respondent

Page 2 -   ANSWER
           KEB/gcz/2605026-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

## CERTIFICATE OF SERVICE

I certify that on September 23, 2011, I served the foregoing ANSWER upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Matthew Duskin<br>14670 SW Glenbrook Road<br>Beaverton OR  97007 | ___ HAND DELIVERY<br>_X_ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-FILE |

*[signature]*
KRISTEN E. BOYD #002102
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
kristen.e.boyd@doj.state.or.us
Of Attorneys for Respondent

Page 1 -   CERTIFICATE OF SERVICE
           KEB/gcz/2568570-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794